**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Ronnie PARKER, Defendant/Appellant.**

**Ronnie PARKER, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 58235, 60133.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 18, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 16, 1992.

Application to Transfer Denied
Oct. 27, 1992.

John A. Klosterman, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

**122**

Per curiam.

Defendant appeals his conviction of first degree murder, armed criminal action, and sodomy. He was sentenced as a prior offender to life imprisonment. He appeals from the judgment as well as the denial of his Rule 29.15 motion without a hearing.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).